UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOMAIN ADMINISTRATION LIMITED, a New Zealand company,<br><br>Plaintiff,<br><br>-vs-<br><br>SEARCHING.COM, LLC, a Washington limited liability company; JOHN WRIGHT GOTTS; LISA GAYLE JACOBS; and JOHN WILLIAM GOTTS,<br><br>Defendants. | NO. CV-07-3011-LRS<br><br>**ORDER DISMISSING CASE** |

Pursuant to stipulation of the parties (Ct. Rec. 24), filed June 4, 2007, **IT IS HEREBY ORDERED** that any claims asserted in the above-entitled cause of action between Plaintiff Domain Administration Limited and Defendants Searching.com LLC, John Wright Gotts, Lisa Gayle Jacobs, and John William Gotts shall be and hereby are dismissed with prejudice and without costs to any party.

The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE.**

**DATED** this 4th day of June, 2007.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER - 1